**Order entered March 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01045-CV

### OLUSOLA OKUNFULURE, Appellant

### V.

### AURELIO ORTIZ, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-11295**

## ORDER

The Court has before it appellant's request for "extension of time to file deficiencies on brief." The Court **GRANTS** appellant's second request for an extension of time to file his amended brief and **ORDERS** appellant to file his amended brief within thirty days of the date of this order. No further extensions will be granted absent a showing of exceptional circumstances.

/s/ ELIZABETH LANG-MIERS
JUSTICE